IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01208-LTB

ZULEJKA BUROWS,

       Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

       Defendant.

---

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

COMES NOW the Defendant, GC Services Limited Partnership (the "Defendant") by and through its counsel, Adam L. Plotkin, P.C., and responds to the Plaintiff's Complaint and Jury Demand ("Plaintiff's Complaint") as follows:

1. Defendant admits the allegations contained in Paragraph No. 1 of Plaintiff's Complaint.

2. Defendant denies the allegations contained in Paragraph No. 2 of Plaintiff's Complaint.

3. Defendant admits the allegation contained in Paragraph No. 3 of Plaintiff's Complaint stating that venue is proper in this District.

4. Defendant admits the allegations that Plaintiff is a natural person and a consumer as defined by 15 U.S.C. §1692a(3). Defendant is without knowledge or information sufficient to

form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 4 of Plaintiff's Complaint and accordingly denies same.

5.   Defendant admits the allegations contained in Paragraph No. 5 of Plaintiff's Complaint.

6.   Defendant admits the allegations contained in Paragraph No. 6 of Plaintiff's Complaint.

7.   Defendant admits that Plaintiff failed to pay her financial obligation for her student loan. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 7 of Plaintiff's Complaint and accordingly denies same.

8.   Defendant admits the allegation that Plaintiff's financial obligation on her student loan was assigned, placed, or otherwise transferred to Defendant for collection from Plaintiff. Defendant denies the remaining allegations contained in Paragraph No. 8 of Plaintiff's Complaint.

9.   Defendant admits that at certain points in time, the parties had telephone contact with each other. Defendant denies the remaining allegations contained in Paragraph No. 9 Plaintiff's Complaint.

10.   Defendant denies the allegations contained in Paragraph No. 10 of Plaintiff's Complaint.

11.   Defendant denies the allegations contained in Paragraph No. 11 of Plaintiff's Complaint.

12. Defendant denies the allegations contained in Paragraph No. 12 of Plaintiff's Complaint.

13. Defendant denies the allegations contained in Paragraph No. 13 of Plaintiff's Complaint.

14. Defendant has commenced the Administrative Wage Garnishment process against Plaintiff. Defendant denies the remaining allegations contained in Paragraph No. 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in Paragraph No. 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph No. 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph No. 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in Paragraph No. 18 of Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph No. 19 of Plaintiff's Complaint.

20. Defendant denies the allegations contained in Paragraph No. 20 of Plaintiff's Complaint.

21. Defendant denies the allegations contained in Paragraph No. 21 of Plaintiff's Complaint.

22. Defendant denies the allegations contained in Paragraph No. 22 of Plaintiff's Complaint.

23. Defendant denies the allegations contained in Paragraph No. 23 of Plaintiff's Complaint.

24. Defendant repeats and realleges its responses to Paragraphs 1-24 of Plaintiff's Complaint as though fully set forth herein.

25. The allegations contained in Paragraph No. 25 of Plaintiff's Complaint do not call for an affirmative response and accordingly, Defendant denies same.

26. Defendant repeats and realleges its responses to Paragraphs 1-25 of Plaintiff's Complaint as though fully set forth herein.

27. Defendant denies the allegations contained in Paragraph No. 27 of Plaintiff's Complaint.

28. Defendant denies the allegations contained in Paragraph No. 28 of Plaintiff's Complaint.

29. Defendant denies the allegations contained in Paragraph No. 29 of Plaintiff's Complaint.

30. Defendant denies the allegations contained in Paragraph No. 30 of Plaintiff's Complaint.

31. Defendant repeats and realleges its responses to Paragraphs 1-30 of Plaintiff's Complaint as though fully set forth herein.

32. Defendant denies the allegations contained in Paragraph No. 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in Paragraph No. 33 of Plaintiff's Complaint.

34. Defendant denies the allegations contained in Paragraph No. 34 of Plaintiff's Complaint.

35. Defendant repeats and realleges its responses to Paragraphs 1-34 of Plaintiff's Complaint as though fully set forth herein.

36. Defendant denies the allegations contained in Paragraph No. 36 of Plaintiff's Complaint.

37. Defendant denies the allegations contained in Paragraph No. 37 of Plaintiff's Complaint.

38. Defendant denies the allegations contained in Paragraph No. 38 of Plaintiff's Complaint.

39. Defendant denies the allegations contained in Paragraph No. 39 of Plaintiff's Complaint.

40. Defendant denies the allegations contained in Paragraph No. 40 of Plaintiff's Complaint.

41. Defendant denies the allegations contained in Paragraph No. 41 of Plaintiff's Complaint.

42. Any allegation of Plaintiff's Complaint not specifically admitted herein is denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state any claims upon which relief may be granted.

2. Plaintiff's claims are barred by 15 U.S.C. §1692k(c).

3. Plaintiff's claims are barred by the doctrine of unclean hands.

4. Plaintiff has not suffered any damages.

5. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

6. Plaintiff's claimed damages, if any, were caused in whole or part by the conduct and acts or omissions of the Plaintiff herself.

7. Declaratory relief is not available in the present action.

8. Plaintiff's claims are barred by the doctrine of waiver.

9. Plaintiff's claims are barred by the doctrine of estoppel.

10. Defendant reserves the right to add additional defenses presently unknown to it according to facts that may become known during the course of discovery.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendant be awarded its reasonable attorneys' fees and costs incurred to date in defending this action and for such other and further relief as this Court deems proper.

Dated: July 13, 2006.

Respectfully submitted,

ADAM L. PLOTKIN, P.C.

By: s/ Adam L. Plotkin_____
**Adam L. Plotkin, No. 23350**
621 Seventeenth Street, Suite 2400
Denver, Colorado 80293
Telephone: (303) 296-3566
FAX: (303) 296-3544
E-mail: aplotkin@alp-pc.com
Attorneys for Defendant GC Services Limited Partnership

Address of Defendant:
6330 Gulfton
Houston, Texas 77081
(713) 777-2875

**Certificate of Service**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

larsonlawoffice@yahoo.com.

By: s/ Adam L. Plotkin_____
**Adam L. Plotkin, No. 23350**
621 Seventeenth Street, Suite 2400
Denver, Colorado 80293
Telephone: (303) 296-3566
FAX: (303) 296-3544
E-mail: aplotkin@alp-pc.com
Attorneys for Defendant GC Services Limited Partnership